**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 24-7074**

───────────────

SAMEER MOHAMED ELYAS,

        Plaintiff - Appellant,

    v.

OFFICER CHAN,

        Defendant - Appellee.

───────────────

**No. 24-7075**

───────────────

SAMEER MOHAMED ELYAS,

        Plaintiff - Appellant,

    v.

SGT. FOSTER,

        Defendant - Appellee.

───────────────

**No. 24-7077**

───────────────

SAMEER MOHAMED ELYAS,

        Plaintiff - Appellant,

v.

OFFICER SANCHEZ,

    Defendant - Appellee.

---

**No. 24-7078**

---

SAMEER MOHAMED ELYAS,

    Plaintiff - Appellant,

  v.

SUPERVISOR SAMS,

    Defendant - Appellee.

---

**No. 24-7079**

---

SAMEER MOHAMED ELYAS,

    Plaintiff - Appellant,

  v.

LIEUTENANT THOMAS, FL,

    Defendant - Appellee.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:23-cv-01212-MSN-IDD; 1:23-cv-01091-MSN-WEF; 1:23-cv-00784-MSN-IDD; 1:24-cv-00889-MSN-WBP; 1:24-cv-00325-MSN-WEF)

---

3

Submitted:  January 23, 2024                                Decided:  January 29, 2025

———————————————

Before WILKINSON, WYNN and THACKER, Circuit Judges.

———————————————

Affirmed by unpublished per curiam opinion.

———————————————

Sameer Mohamed Elyas, Appellant Pro Se.  Sharon E. Pandak, PANDAK & TAVES, PLLC, Woodbridge, Virginia, for Appellee Officer Sanchez.

———————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sameer Mohamed Elyas appeals the district court's orders dismissing his 42 U.S.C. § 1983 complaints for failure to comply with the court's orders. In each case, Elyas failed to notify the court of his change in address following his release from the custody of the Virginia Department of Corrections. The district court therefore dismissed Elyas' complaints without prejudice, finding that dismissal was necessary to manage the court's docket. We conclude that the district court did not abuse its discretion. Accordingly, we affirm the district court's orders. *Elyas v. Chan*, No. 1:23-cv-1212-MSN-IDD (E.D. Va., Sept. 18, 2024); *Elyas v. Foster*, No. 1:23-cv-01091-MSN-WEF (E.D. Va., Sept. 18, 2024); *Elyas v. Sams*, No. 1:24-cv-00889-MSN-WBP (E.D. Va., Sept. 18, 2024); *Elyas v. Thomas*, No. 1:24-cv-00325-MSN-WEF (E.D. Va., Sept. 18, 2024); *Elyas v. Sanchez*, No. 1:23-cv-00784-MSN-IDD (E.D. Va., Sept. 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*